1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>WILLIAM A. TACKER, JR.; JAMI L. TACKER; AMERICAN GENERAL FINANCIAL SERVICES, INC.; PORTFOLIO RECOVERY ASSOCIATES, LLC; ACCOUNTS RECEIVABLE, INC.; EQUABLE ASCENT FINANCIAL, LLC; CACH, LLC; MIDLAND FUNDING, LLC; BENEFICIAL WASHINGTON, INC.; BANK OF AMERICA, N.A.; SELECT PORTFOLIO SERVICING, INC.; STATE OF WASHINGTON; and KING COUNTY,<br><br>      Defendants. | Case No.<br><br>**UNITED STATES' COMPLAINT** |

The United States of America, by and through its undersigned counsel, hereby complains
and alleges as follows:

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

**INRODUCTION**

1.     This is a civil action brought by the United States of America to: (1) reduce to judgment the outstanding tax liabilities of Defendants William A. Tacker, Jr. and Jami L. Tacker; (2) reduce to judgment the outstanding tax liabilities of Defendant William A. Tacker, Jr.; and (3) foreclose federal tax liens on a real property located in King County, WA, described more completely below, and referred to as the "Subject Property."

**JURISDICTION AND VENUE**

2.     This action is brought pursuant to 26 U.S.C. §§ 7401 and 7403 at the direction of the Attorney General of the United States and with the authorization of Area Counsel of the Internal Revenue Service ("IRS"), a delegate of the Secretary of the Treasury.

3.     The Court has subject matter jurisdiction pursuant to 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

4.     Venue is proper in the Western District of Washington in accordance with 28 U.S.C. §§ 1391(b) and 1396 because Defendants William A. Tacker, Jr. and Jami L. Tacker reside in this judicial district, and because the Subject Property is located within this judicial district.

5.     Because the Subject Property is located in King County, pursuant to LCR 3(e), the proper venue is in Seattle, Washington.

**DEFENDANTS**

6.     Defendant William A. Tacker, Jr. is made a party to this action because he has unpaid federal tax liabilities, and because the United States has tax liens against his property, including the Subject Property.

Complaint
(Case No. )

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

1    7.    Defendant Jami L. Tacker is made a party to this action because she has unpaid

2   federal tax liabilities, and because the United States has tax liens against her property, including

3   the Subject Property.

4    8.    Defendant American General Financial Services, Inc. is made a party to this

5   action pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

6    9.    Defendant Portfolio Recovery Associates, LLC is made a party to this action

7   pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

8    10.    Defendant Accounts Receivable, Inc. is made a party to this action pursuant to 26

9   U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

10    11.    Defendant Equable Ascent Financial, LLC is made a party to this action pursuant

11   to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

12    12.    Defendant CACH, LLC is made a party to this action pursuant to 26 U.S.C.

13   § 7403(b) because it may claim an interest in the Subject Property.

14    13.    Defendant Midland Funding, LLC is made a party to this action pursuant to 26

15   U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

16    14.    Defendant Beneficial Washington, Inc. is made a party to this action pursuant to

17   26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

18    15.    Defendant Bank of America, N.A. is made a party to this action pursuant to 26

19   U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

20    16.    Defendant Select Portfolio Servicing, Inc. is made a party to this action pursuant

21   to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

22    17.    Defendant the State of Washington is made a party to this action pursuant to 26

23   U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

Complaint
(Case No. )

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

18.     Defendant King County is made a party to this action pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

### THE SUBJECT PROPERTY

19.     The property sought to be foreclosed in this action is commonly referred to as 15303 216th Ave. NE, Woodinville, WA 98077 ("Subject Property"), and legally described as:

> Lot 4, King County Short Plat No. 277080, Recorded Under Recording No. 7706151091, in King County, Washington.
> Parcel No. 162606-9134-06

20.     On or about August 6, 1999, William A. Tacker, Jr. and Jami L. Tacker, husband and wife, acquired interest in the Subject Property through a Statutory Warranty Deed. The Statutory Warranty Deed was recorded with King County, WA on August 13, 1999.

### COUNT I: REDUCE FEDERAL INCOME TAX ASSESSMENTS AGAINST DEFENDANTS WILLIAM A. TACKER, JR. AND JAMI L. TACKER TO JUDGMENT

21.     The United States incorporates and re-alleges as if fully stated herein each of the allegations in Paragraphs 1 through 20, above.

22.     A duly authorized delegate of the Secretary of the Treasury made timely assessments against Defendants William A. Tacker, Jr. and Jami L. Tacker ("the Tackers") for unpaid federal income taxes (Form 1040), penalties, interest, and other statutory additions as follows:

//

//

//

Complaint
(Case No. )

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

| Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of August 19, 2019* |
|---|---|---|---|---|
| 2008 | 08/17/2009 | Tax | $20,058.00 | |
| | " | Estimated Tax Penalty | $426.02 | |
| | " | Failure to Pay Tax Penalty | $450.82 | |
| | " | Interest | $253.89 | |
| | 07/04/2011 | Failure to Pay Tax Penalty | $1,857.11 | |
| | 10/29/2012 | Failure to Pay Tax Penalty | $2,331.56 | |
| | 11/04/2013 | Interest | $3,289.20 | |
| | 11/03/2014 | Interest | $825.01 | |
| | 04/15/2019 | Fees and Collection Costs | $82.00 | $34,150.00 |
| 2009 | 01/03/2011 | Tax | $13,188.00 | |
| | " | Estimated Tax Penalty | $273.00 | |
| | " | Failure to Pay Tax Penalty | $516.91 | |
| | " | Interest | $334.90 | |
| | 07/04/2011 | Failure to Pay Tax Penalty | $574.35 | |
| | 09/12/2011 | Fees and Collection Costs | $170.00 | |
| | 10/29/2012 | Failure to Pay Tax Penalty | $1,780.48 | |
| | 11/04/2013 | Interest | $1,298.48 | |
| | 11/03/2014 | Interest | $499.11 | $20,609.30 |
| 2010 | 09/12/2011 | Tax | $15,641.20 | |
| | " | Estimated Tax Penalty | $189.00 | |
| | " | Failure to Pay Tax Penalty | $194.85 | |
| | " | Interest | $229.39 | |
| | 10/17/2011 | Interest | $17.84 | |
| | " | Failure to Pay Tax Penalty | $100.44 | |
| | 02/06/2012 | Fees and Collection Costs | $124.00 | |
| | 11/04/2013 | Interest | $832.56 | |
| | " | Failure to Pay Tax Penalty | $2,778.21 | |
| | 11/03/2014 | Interest | $508.98 | $21,017.08 |
| 2011 | 05/28/2012 | Tax | $10,938.00 | |
| | " | Estimated Tax Penalty | $193.00 | |
| | " | Failure to Pay Tax Penalty | $109.38 | |
| | " | Interest | $38.62 | |
| | 07/30/2012 | Fees and Collection Costs | $124.00 | |
| | 11/04/2013 | Interest | $501.55 | |
| | " | Failure to Pay Tax Penalty | $1,203.18 | |
| | 11/03/2014 | Interest | $398.06 | |
| | " | Failure to Pay Tax Penalty | $1,312.56 | $18,143.64 |

Complaint
(Case No. )

5

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

| Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of August 19, 2019* |
|---|---|---|---|---|
| 2012 | 11/25/2013 " " " 01/06/2014 | Tax Estimated Tax Penalty Failure to Pay Tax Penalty Interest Fees and Collection Costs | $15,996.00 $153.52 $359.84 $167.15 $64.00 | $14,082.22 |
| 2013 | 11/24/2014 " " " 10/31/2016 | Tax Estimated Tax Penalty Failure to Pay Tax Penalty Interest Fees and Collection Costs | $14,714.00 $152.00 $248.56 $114.94 $196.00 | $9,704.16 |
| 2014 | 11/30/2015 " " " | Tax Estimated Tax Penalty Failure to Pay Tax Penalty Interest | $14,142.00 $239.00 $485.68 $230.69 | $17,984.23 |
| 2015 | 06/06/2016 " " " | Tax Estimated Tax Penalty Failure to Pay Tax Penalty Interest | $10,106.00 $164.00 $91.06 $51.89 | $13,087.45 |
| **TOTAL** | | | | **$148,778.08** |

\* As of August 19, 2019, and including accrued but unassessed interest as of this date.

23.     Timely notice stating the amounts and demanding payments of the assessments set forth in Paragraph 22 above, was given to the Tackers, as required by 26 U.S.C. § 6303.

24.     Despite timely notice and demands for payment of the tax assessments described in Paragraph 22 above, the Tackers have neglected or refused to make full payment of the assessed amounts to the United States.

25.     Based on accrued interest and other statutory additions as provided by law, as of August 19, 2019, Defendants William A. Tacker, Jr. and Jami L. Tacker are indebted to the

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

United States in amount of $148,778.08. Additional unassessed interest and other statutory

additions as provided by law continue to accrue on these balances.

### COUNT II: REDUCE ASSESSMENTS AGAINST DEFENDANT WILLIAM A. TACKER, JR. TO JUDGMENT

26.     The United States incorporates and re-alleges as if fully stated herein each of the

allegations in Paragraphs 1 through 25, above.

27.     During the taxable years 2006 through 2016, Defendant William A. Tacker, Jr.

operated a sole proprietorship under the name Intech Floor Services.

28.     A duly authorized delegate of the Secretary of the Treasury made timely

assessments against William Tacker, Intech Floor Services, for unpaid federal employment taxes

(Forms 940 and 941), penalties, interest, and other statutory additions. A duly authorized

delegate of the Secretary of the Treasury also timely assessed civil penalties against William

Tacker, Intech Floor Services, pursuant to 26 U.S.C. § 6721 for failure to file information

returns. The assessments are summarized in the table below:

//

//

//

//

//

Complaint
(Case No. )

7

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

| Tax | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of August 19, 2019* |
|-----|-----------|-----------------|-----------------------------------------|--|--------------------------------------|
| 941 | 03/31/2006 | 08/19/2013 | Tax | $7,433.92 | |
| | | " | Late Filing Penalty | $1,672.63 | |
| | | " | Federal Tax Deposit Penalty | $740.40 | |
| | | " | Failure to Pay Tax Penalty | $1,858.48 | |
| | | " | Interest | $3,925.78 | |
| | | 09/23/2013 | Federal Tax Deposit Penalty | $370.20 | $17,851.99 |
| 941 | 06/30/2006 | 08/05/2013 | Tax | $7,508.23 | |
| | | " | Late Filing Penalty | $1,689.35 | |
| | | " | Federal Tax Deposit Penalty | $750.32 | |
| | | " | Failure to Pay Tax Penalty | $1,877.06 | |
| | | " | Interest | $3,708.98 | |
| | | 09/09/2013 | Federal Tax Deposit Penalty | $375.16 | |
| | | 05/26/2014 | Fees and Collection Costs | $46.00 | $17,975.38 |
| 941 | 09/30/2006 | 09/20/2010 | Tax | $7,498.65 | |
| | | " | Late Filing Penalty | $1,687.20 | |
| | | " | Federal Tax Deposit Penalty | $749.86 | |
| | | " | Failure to Pay Tax Penalty | $1,762.18 | |
| | | " | Interest | $2,313.31 | |
| | | 10/25/2010 | Federal Tax Deposit Penalty | $374.93 | |
| | | 03/14/2011 | Failure to Pay Tax Penalty | $112.48 | |
| | | 09/12/2011 | Fees and Collection Costs | $170.00 | |
| | | 11/24/2014 | Interest | $2,078.21 | $15,330.98 |
| 941 | 12/31/2006 | 09/20/2010 | Tax | $7,807.69 | |
| | | " | Late Filing Penalty | $1,756.73 | |
| | | " | Federal Tax Deposit Penalty | $780.77 | |
| | | " | Failure to Pay Tax Penalty | $1,717.69 | |
| | | " | Interest | $2,138.87 | |
| | | 10/25/2010 | Federal Tax Deposit Penalty | $390.38 | |
| | | 03/14/2011 | Failure to Pay Tax Penalty | $234.23 | |
| | | 11/24/2014 | Interest | $2,105.23 | $20,570.57 |
| 941 | 03/31/2007 | 09/26/2011 | Tax | $8,018.09 | |
| | | " | Late Filing Penalty | $1,804.07 | |
| | | " | Federal Tax Deposit Penalty | $801.81 | |
| | | " | Failure to Pay Tax Penalty | $2,004.52 | |
| | | " | Interest | $2,455.42 | |
| | | 10/31/2011 | Federal Tax Deposit Penalty | $400.90 | |
| | | 11/24/2014 | Interest | $1,541.10 | $20,685.20 |

Complaint
(Case No. )

8

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

| Tax | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of August 19, 2019* |
|-----|-----------|-----------------|----------------------|----|----------------------|
| 941 | 06/30/2007 | 09/19/2011 | Tax | $7,839.11 | |
| | | " | Late Filing Penalty | $1,763.80 | |
| | | " | Federal Tax Deposit Penalty | $783.90 | |
| | | " | Failure to Pay Tax Penalty | $1,959.78 | |
| | | " | Interest | $2,152.01 | |
| | | 10/24/2011 | Federal Tax Deposit Penalty | $391.95 | |
| | | 11/24/2014 | Interest | $1,494.44 | $19,906.50 |
| 941 | 09/30/2007 | 09/26/2011 | Tax | $7,969.91 | |
| | | " | Late Filing Penalty | $1,793.23 | |
| | | " | Federal Tax Deposit Penalty | $796.99 | |
| | | " | Failure to Pay Tax Penalty | $1,872.93 | |
| | | " | Interest | $1,958.34 | |
| | | 10/31/2011 | Federal Tax Deposit Penalty | $398.50 | |
| | | 11/19/2012 | Failure to Pay Tax Penalty | $119.55 | |
| | | 11/24/2014 | Interest | $1,479.34 | $19,911.12 |
| 941 | 12/31/2007 | 09/26/2011 | Tax | $9,791.09 | |
| | | " | Late Filing Penalty | $2,202.98 | |
| | | " | Federal Tax Deposit Penalty | $979.10 | |
| | | " | Failure to Pay Tax Penalty | $2,154.03 | |
| | | " | Interest | $2,114.42 | |
| | | 10/31/2011 | Federal Tax Deposit Penalty | $489.55 | |
| | | 11/19/2012 | Failure to Pay Tax Penalty | $293.73 | |
| | | 11/24/2014 | Interest | $1,782.86 | $24,064.83 |
| 941 | 03/31/2008 | 09/26/2011 | Tax | $7,541.33 | |
| | | " | Late Filing Penalty | $1,696.80 | |
| | | " | Federal Tax Deposit Penalty | $754.12 | |
| | | " | Failure to Pay Tax Penalty | $1,545.97 | |
| | | " | Interest | 1,464.20 | |
| | | 10/31/2011 | Federal Tax Deposit Penalty | $377.07 | |
| | | 11/19/2012 | Failure to Pay Tax Penalty | $339.36 | |
| | | 11/24/2014 | Interest | $1,352.61 | $18,310.64 |
| 941 | 06/30/2008 | 09/26/2011 | Tax | $7,611.00 | |
| | | " | Late Filing Penalty | $1,712.47 | |
| | | " | Federal Tax Deposit Penalty | $761.10 | |
| | | " | Failure to Pay Tax Penalty | $1,446.09 | |
| | | " | Interest | $1,325.05 | |
| | | 10/31/2011 | Federal Tax Deposit Penalty | $380.55 | |

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

| Tax | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of August 19, 2019* |
|-----|-----------|----------------|------------------------------------------|--|---------------------------------------|
|     |           | 11/19/2012<br>11/24/2014 | Failure to Pay Tax Penalty<br>Interest | $456.66<br>$1,345.64 | $18,270.66 |
| 941 | 09/30/2008 | 09/26/2011<br>"<br>"<br>"<br>"<br>10/31/2011<br>11/19/2012<br>11/25/2013<br>11/24/2014 | Tax<br>Late Filing Penalty<br>Federal Tax Deposit Penalty<br>Failure to Pay Tax Penalty<br>Interest<br>Federal Tax Deposit Penalty<br>Failure to Pay Tax Penalty<br>Failure to Pay Tax Penalty<br>Interest | $7,355.29<br>$1,654.94<br>$735.53<br>$1,287.18<br>$1,143.43<br>$367.76<br>$514.87<br>$36.77<br>$1,281.49 | $17,467.27 |
| 941 | 12/31/2008 | 09/26/2011<br>"<br>"<br>"<br>"<br>10/31/2011<br>11/19/2012<br>11/25/2013<br>11/24/2014 | Tax<br>Late Filing Penalty<br>Federal Tax Deposit Penalty<br>Failure to Pay Tax Penalty<br>Interest<br>Federal Tax Deposit Penalty<br>Failure to Pay Tax Penalty<br>Failure to Pay Tax Penalty<br>Interest | $4,787.74<br>$1,077.24<br>$478.77<br>$742.10<br>$617.85<br>$239.39<br>$335.14<br>$119.69<br>$814.94 | $11,192.92 |
| 941 | 03/31/2009 | 09/26/2011<br>"<br>"<br>"<br>"<br>10/31/2011<br>11/19/2012<br>11/25/2013<br>11/24/2014 | Tax<br>Late Filing Penalty<br>Federal Tax Deposit Penalty<br>Failure to Pay Tax Penalty<br>Interest<br>Federal Tax Deposit Penalty<br>Failure to Pay Tax Penalty<br>Failure to Pay Tax Penalty<br>Interest | $3,958.90<br>$890.75<br>$395.88<br>$574.04<br>$477.22<br>$197.94<br>$277.12<br>$138.56<br>$667.76 | $9,206.90 |
| 941 | 06/30/2009 | 09/26/2011<br>"<br>"<br>"<br>"<br>10/31/2011<br>11/19/2012<br>11/25/2013 | Tax<br>Late Filing Penalty<br>Federal Tax Deposit Penalty<br>Failure to Pay Tax Penalty<br>Interest<br>Federal Tax Deposit Penalty<br>Failure to Pay Tax Penalty<br>Failure to Pay Tax Penalty | $5,203.24<br>$1,170.73<br>$520.32<br>$676.42<br>$557.00<br>$260.16<br>$364.23<br>$260.16 |  |

**U.S. DEPARTMENT OF JUSTICE**<br>Tax Division, Western Region<br>P.O. Box 683<br>Washington, D.C.  20044<br>Telephone: 202-514-6056

| Tax | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of August 19, 2019* |
|-----|-----------|-----------------|------------------------------------------|---|---------------------------------------|
| | | 11/24/2014 | Interest | $865.24 | $12,000.41 |
| 941 | 09/30/2009 | 09/26/2011 | Tax | $6,624.76 | |
| | | " | Late Filing Penalty | $1,490.57 | |
| | | " | Federal Tax Deposit Penalty | $662.46 | |
| | | " | Failure to Pay Tax Penalty | $761.85 | |
| | | " | Interest | $620.64 | |
| | | 10/31/2011 | Federal Tax Deposit Penalty | $331.24 | |
| | | 11/19/2012 | Failure to Pay Tax Penalty | $463.73 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $430.61 | |
| | | 11/24/2014 | Interest | $1,085.92 | $15,152.26 |
| 941 | 12/31/2009 | 09/12/2011 | Tax | $3,853.46 | |
| | | " | Late Filing Penalty | $867.03 | |
| | | " | Federal Tax Deposit Penalty | $385.35 | |
| | | " | Failure to Pay Tax Penalty | $385.35 | |
| | | " | Interest | $302.32 | |
| | | 10/17/2011 | Federal Tax Deposit Penalty | $192.67 | |
| | | 01/30/2012 | Fees and Collection Costs | $248.00 | |
| | | 11/19/2012 | Failure to Pay Tax Penalty | $269.74 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $308.27 | |
| | | 11/24/2014 | Interest | $653.71 | $9,070.48 |
| 941 | 03/31/2010 | 09/12/2011 | Tax | $3,901.97 | |
| | | " | Late Filing Penalty | $877.94 | |
| | | " | Federal Tax Deposit Penalty | $390.20 | |
| | | " | Failure to Pay Tax Penalty | $331.67 | |
| | | " | Interest | $256.77 | |
| | | 10/17/2011 | Federal Tax Deposit Penalty | $195.10 | |
| | | 11/19/2012 | Failure to Pay Tax Penalty | $273.14 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $351.17 | |
| | | 11/24/2014 | Interest | $630.04 | |
| | | " | Failure to Pay Tax Penalty | $19.51 | $8,780.85 |
| 941 | 06/30/2010 | 09/12/2011 | Tax | $2,953.78 | |
| | | " | Late Filing Penalty | $664.60 | |
| | | " | Federal Tax Deposit Penalty | $295.38 | |
| | | " | Failure to Pay Tax Penalty | $206.76 | |
| | | " | Interest | $156.13 | |
| | | 10/17/2011 | Federal Tax Deposit Penalty | $147.69 | |
| | | 11/19/2012 | Failure to Pay Tax Penalty | $206.77 | |

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

| Tax | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of August 19, 2019* |
|------|-----------|-----------------|-------------------------------------------|---|---------------------------------------|
| | | 11/25/2013 | Failure to Pay Tax Penalty | $265.84 | |
| | | 11/24/2014 | Interest | $468.56 | |
| | | " | Failure to Pay Tax Penalty | $59.07 | $6,590.45 |
| 941 | 09/30/2010 | 09/12/2011 | Tax | $3,798.40 | |
| | | " | Late Filing Penalty | $854.64 | |
| | | " | Federal Tax Deposit Penalty | $379.83 | |
| | | " | Failure to Pay Tax Penalty | $208.91 | |
| | | " | Interest | $152.09 | |
| | | 10/17/2011 | Federal Tax Deposit Penalty | $189.92 | |
| | | 11/19/2012 | Failure to Pay Tax Penalty | $265.89 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $341.85 | |
| | | 11/24/2014 | Interest | $591.86 | |
| | | " | Failure to Pay Tax Penalty | $132.95 | $8,402.80 |
| 941 | 12/31/2010 | 09/12/2011 | Tax | $2,014.61 | |
| | | " | Late Filing Penalty | $453.29 | |
| | | " | Failure to Pay Tax Penalty | $80.58 | |
| | | " | Interest | $57.25 | |
| | | 11/19/2012 | Failure to Pay Tax Penalty | $141.03 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $181.32 | |
| | | 11/24/2014 | Interest | $278.24 | |
| | | " | Failure to Pay Tax Penalty | $100.73 | $4,017.80 |
| 941 | 03/31/2011 | 09/12/2011 | Tax | $2,327.51 | |
| | | " | Late Filing Penalty | $314.21 | |
| | | " | Failure to Pay Tax Penalty | $58.19 | |
| | | " | Interest | $39.37 | |
| | | 11/19/2012 | Failure to Pay Tax Penalty | $162.92 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $209.48 | |
| | | 11/24/2014 | Interest | $293.98 | |
| | | " | Failure to Pay Tax Penalty | $151.29 | $4,321.41 |
| 941 | 12/31/2011 | 03/05/2012 | Tax | $2,847.14 | |
| | | " | Federal Tax Deposit Penalty | $284.70 | |
| | | " | Failure to Pay Tax Penalty | $28.47 | |
| | | " | Interest | $7.95 | |
| | | 04/09/2012 | Federal Tax Deposit Penalty | $142.36 | |
| | | 05/28/2012 | Fees and Collection Costs | $170.00 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $555.20 | |
| | | 11/24/2014 | Failure to Pay Tax Penalty | $311.18 | |

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

| Tax | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of August 19, 2019* |
|---|---|---|---|---|---|
| | | " | Interest | $128.12 | $5,442.12 |
| 941 | 03/31/2012 | 09/10/2012 | Tax | $3,128.98 | |
| | | " | Late Filing Penalty | $563.22 | |
| | | " | Federal Tax Deposit Penalty | $312.90 | |
| | | " | Failure to Pay Tax Penalty | $78.22 | |
| | | " | Interest | $40.47 | |
| | | 10/15/2012 | Federal Tax Deposit Penalty | $156.45 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $312.90 | |
| | | 11/24/2014 | Interest | $301.67 | |
| | | " | Failure to Pay Tax Penalty | $375.48 | $6,418.64 |
| 941 | 06/30/2012 | 10/29/2012 | Tax | $4,173.72 | |
| | | " | Federal Tax Deposit Penalty | $417.36 | |
| | | " | Failure to Pay Tax Penalty | $55.11 | |
| | | " | Interest | $27.20 | |
| | | 12/03/2012 | Federal Tax Deposit Penalty | $183.69 | |
| | | 12/31/2012 | Fees and Collection Costs | $110.00 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $297.73 | |
| | | 11/24/2014 | Interest | $198.45 | |
| | | " | Failure to Pay Tax Penalty | $133.19 | $3,099.14 |
| 941 | 12/31/2012 | 07/08/2013 | Tax | $5,701.79 | |
| | | " | Late Filing Penalty | $746.96 | |
| | | " | Federal Tax Deposit Penalty | $446.56 | |
| | | " | Failure to Pay Tax Penalty | $124.49 | |
| | | " | Interest | $64.00 | |
| | | 08/12/2013 | Federal Tax Deposit Penalty | $207.49 | |
| | | 11/24/2014 | Interest | $26.13 | |
| | | " | Failure to Pay Tax Penalty | $20.75 | $309.06 |
| 941 | 03/31/2013 | 07/08/2013 | Tax | $5,964.76 | |
| | | " | Late Filing Penalty | $268.41 | |
| | | " | Federal Tax Deposit Penalty | $596.48 | |
| | | " | Failure to Pay Tax Penalty | $89.47 | |
| | | " | Interest | $35.45 | |
| | | 08/12/2013 | Federal Tax Deposit Penalty | $298.24 | |
| | | 11/24/2014 | Interest | $72.96 | |
| | | " | Failure to Pay Tax Penalty | $29.83 | $1,689.79 |

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

| Tax | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of August 19, 2019* |
|-----|-----------|-----------------|-------------------------------------------|---|----------------------------------------|
| 941 | 06/30/2014 | 05/30/2016 | Tax | $4,882.55 | |
| | | " | Late Filing Penalty | $785.39 | |
| | | " | Federal Tax Deposit Penalty | $420.00 | |
| | | " | Failure to Pay Tax Penalty | $50.13 | |
| | | " | Interest | $71.22 | |
| | | 05/21/2018 | Additional Tax Assessed | $2,681.28 | |
| | | " | Late Filing Penalty | $670.32 | $6,050.93 |
| 941 | 12/31/2014 | 05/23/2016 | Tax | $4,230.47 | |
| | | " | Late Filing Penalty | $951.86 | |
| | | " | Federal Tax Deposit Penalty | $423.04 | |
| | | " | Failure to Pay Tax Penalty | $338.44 | |
| | | " | Interest | $215.28 | |
| | | 06/27/2016 | Federal Tax Deposit Penalty | $211.52 | |
| | | " | Failure to Pay Tax Penalty | $21.15 | |
| | | " | Interest | $23.60 | |
| | | 09/19/2016 | Fees and Collection Costs | $196.00 | |
| | | 09/26/2016 | Fees and Collection Costs | $196.00 | |
| | | " | Fees and Collection Costs | $196.00 | |
| | | " | Fees and Collection Costs | $196.00 | |
| | | " | Fees and Collection Costs | $196.00 | |
| | | 10/03/2016 | Fees and Collection Costs | $196.00 | |
| | | " | Fees and Collection Costs | $196.00 | $8,111.22 |
| 941 | 03/31/2015 | 05/23/2016 | Tax | $6,511.50 | |
| | | " | Late Filing Penalty | $1,465.09 | |
| | | " | Federal Tax Deposit Penalty | $651.15 | |
| | | " | Failure to Pay Tax Penalty | $423.25 | |
| | | " | Interest | $270.80 | |
| | | 06/27/2016 | Federal Tax Deposit Penalty | $325.57 | |
| | | " | Failure to Pay Tax Penalty | $32.55 | |
| | | " | Interest | $35.72 | $12,398.86 |
| 941 | 06/30/2015 | 05/23/2016 | Tax | $5,785.03 | |
| | | " | Late Filing Penalty | $1,301.63 | |
| | | " | Federal Tax Deposit Penalty | $548.50 | |
| | | " | Failure to Pay Tax Penalty | $289.25 | |
| | | " | Interest | $185.41 | |
| | | 06/27/2016 | Federal Tax Deposit Penalty | $274.25 | |
| | | " | Failure to Pay Tax Penalty | $28.93 | |
| | | " | Interest | $31.08 | $10,885.53 |

Complaint
(Case No. )

14

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

| Tax | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of August 19, 2019* |
|-----|-----------|-----------------|------------------------|---|--------------------------|
| 941 | 09/30/2015 | 05/23/2016 | Tax | $5,068.86 | |
| | | " | Late Filing Penalty | $1,140.49 | |
| | | " | Federal Tax Deposit Penalty | $506.88 | |
| | | " | Failure to Pay Tax Penalty | $177.41 | |
| | | " | Interest | $114.45 | |
| | | 06/27/2016 | Federal Tax Deposit Penalty | $253.44 | |
| | | " | Failure to Pay Tax Penalty | $25.34 | |
| | | " | Interest | $26.86 | $9,515.74 |
| 941 | 12/31/2015 | 05/30/2016 | Tax | $3,582.65 | |
| | | " | Late Filing Penalty | $322.44 | |
| | | " | Federal Tax Deposit Penalty | $358.26 | |
| | | " | Failure to Pay Tax Penalty | $71.65 | |
| | | " | Interest | $45.07 | |
| | | 07/04/2016 | Federal Tax Deposit Penalty | $179.13 | |
| | | " | Failure to Pay Tax Penalty | $35.83 | |
| | | " | Interest | $16.78 | $6,113.24 |
| 941 | 03/31/2016 | 05/23/2016 | Tax | $4,307.40 | |
| | | " | Failure to Pay Tax Penalty | $21.54 | |
| | | " | Interest | $10.84 | $5,949.32 |
| 940 | 12/31/2006 | 09/10/2012 | Tax | $112.00 | |
| | | " | Late Filing Penalty | $25.20 | |
| | | " | Failure to Pay Tax Penalty | $28.00 | |
| | | " | Interest | $42.31 | |
| | | 11/12/2012 | Fees and Collection Costs | $110.00 | |
| | | 11/24/2014 | Interest | $21.10 | $411.38 |
| 940 | 12/31/2007 | 09/10/2012 | Tax | $139.72 | |
| | | " | Late Filing Penalty | $31.44 | |
| | | " | Failure to Pay Tax Penalty | $34.93 | |
| | | " | Interest | $36.06 | |
| | | 11/24/2014 | Interest | $16.55 | $314.29 |
| 940 | 12/31/2008 | 09/17/2012 | Tax | $152.30 | |
| | | " | Late Filing Penalty | $34.27 | |
| | | " | Failure to Pay Tax Penalty | $32.74 | |
| | | " | Interest | $25.80 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $5.33 | |
| | | 11/24/2014 | Interest | $16.78 | $324.66 |

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

| Tax | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of August 19, 2019* |
|-----|-----------|-----------------|------------------------------------------|--|----------------------------------------|
| 940 | 12/31/2009 | 09/10/2012 | Tax | $143.33 | |
| | | " | Late Filing Penalty | $32.25 | |
| | | " | Failure to Pay Tax Penalty | $22.93 | |
| | | " | Interest | $17.00 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $12.91 | |
| | | 11/24/2014 | Interest | $15.13 | $295.89 |
| 940 | 12/31/2010 | 09/10/2012 | Tax | $214.47 | |
| | | " | Late Filing Penalty | $48.26 | |
| | | " | Failure to Pay Tax Penalty | $21.45 | |
| | | " | Interest | $14.38 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $21.45 | |
| | | 11/24/2014 | Interest | $21.06 | |
| | | " | Failure to Pay Tax Penalty | $10.72 | |
| | | 01/07/2019 | Fees and Collection Costs | $148.00 | $580.74 |
| 940 | 12/31/2011 | 09/17/2012 | Tax | $56.00 | |
| | | " | Late Filing Penalty | $12.60 | |
| | | " | Failure to Pay Tax Penalty | $2.24 | |
| | | " | Interest | $1.30 | |
| | | 11/25/2013 | Failure to Pay Tax Penalty | $5.60 | |
| | | 11/24/2014 | Interest | $5.05 | |
| | | " | Failure to Pay Tax Penalty | $6.16 | $108.06 |
| 940 | 12/31/2012 | 07/08/2013 | Tax | $553.00 | |
| | | " | Late Filing Penalty | $99.54 | |
| | | " | Failure to Pay Tax Penalty | $16.59 | |
| | | " | Interest | $8.52 | |
| | | 09/02/2013 | Fees and Collection Costs | $46.00 | |
| | | 11/24/2014 | Interest | $30.39 | |
| | | " | Failure to Pay Tax Penalty | $49.77 | |
| | | 04/13/2015 | Additional Tax Assessed | $1,141.89 | |
| | | " | Late Filing Penalty | $228.38 | |
| | | " | Failure to Pay Tax Penalty | $27.65 | |
| | | " | Interest | $102.68 | $3,097.35 |
| § 6721 | 12/31/2010 | 08/26/2013 | Penalty for Intentional Disregard | $6,147.60 | |
| | | 10/28/2013 | Fees and Collection Costs | $46.00 | |
| | | 11/24/2014 | Interest | $235.75 | |
| | | 05/13/2019 | Fees and Collection Costs | $32.00 | $7,843.63 |

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

| Tax | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of August 19, 2019* |
|---|---|---|---|---|---|
| § 6721 | 12/31/2011 | 09/01/2014<br><br>11/24/2014 | Penalty for Intentional Disregard<br>Fees and Collection Costs | $5,175.16<br>$190.00 | $6,561.81 |
| § 6721 | 12/31/2012 | 09/21/2015<br><br>04/11/2016 | Penalty for Intentional Disregard<br>Fees and Collection Costs | $9,556.45<br>$196.00 | $11,555.05 |
| TOTAL: | | | | | $406,157.90 |

* As of August 19, 2019, and including accrued but unassessed interest as of this date.

29.     Timely notice stating the amounts and demanding payments of the assessments set forth in Paragraph 28 above, was given to William A. Tacker, Jr., as required by 26 U.S.C. § 6303.

30.     Despite timely notice and demands for payment of the tax assessments described in Paragraph 28 above, William A. Tacker, Jr., has neglected or refused to make full payment of the assessed amounts to the United States.

31.     Based on accrued interest and other statutory additions as provided by law, as of August 19, 2019, Defendants William A. Tacker, Jr. is indebted to the United States in amount of $406,157.90. Additional unassessed interest and other statutory additions as provided by law continue to accrue on these balances.

**COUNT III:  FORECLOSE FEDERAL TAX LIENS**

32.     The United States incorporates and re-alleges as if fully stated herein each of the allegations in Paragraphs 1 through 31.

33.     Pursuant to 26 U.S.C. § 6321, federal tax liens for unpaid tax liabilities have

Complaint
(Case No. )

17

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

arisen against and attached to all property and rights to property of the Tackers as of the dates of the assessments described in Paragraph 22 above. In addition, the liens have immediately attached to all property or rights to property the Tackers acquired after the assessment dates.

34.     In accordance with 26 U.S.C. § 6323(f), a duly authorized delegate of the Secretary of the Treasury filed Notices of Federal Tax Lien against the Tackers with King County, WA as follows:

| Type of Tax | Tax Period | Date of Recording |
|---|---|---|
| 1040 | 2008<br>Refile | 07/07/2010<br>03/26/2019 |
| 1040 | 2009 | 08/26/2011 |
| 1040 | 2010 | 01/03/2012 |
| 1040 | 2011 | 07/11/2012 |
| 1040 | 2012 | 12/17/2013 |
| 1040 | 2013, 2014, 2015 | 10/11/2016 |

35.     Pursuant to 26 U.S.C. § 6321, federal tax liens for unpaid tax liabilities have arisen against and attached to all property and rights to property of William A. Tacker, Jr. as of the dates of the assessments described in Paragraph 28 above. In addition, the liens have immediately attached to all property or rights to property William A. Tacker, Jr. acquired after the assessment dates.

36.     In accordance with 26 U.S.C. § 6323(f), a duly authorized delegate of the Secretary of the Treasury filed Notices of Federal Tax Lien against William Tacker, Intech Floor Services, with King County, WA as follows:

//

**U.S. DEPARTMENT OF JUSTICE**<br>Tax Division, Western Region<br>P.O. Box 683<br>Washington, D.C.  20044<br>Telephone: 202-514-6056

| Type of Tax | Tax Period | Date of Recording |
|---|---|---|
| 941 | 09/30/2006, 12/31/2006 | 08/26/2011 |
| 941 | 03/31/2007, 06/30/2007, 09/30/2007, 12/31/2007, 03/31/2008, 06/30/2008, 09/30/2008, 12/31/2008, 03/31/2009, 06/30/2009, 09/30/2009, 12/31/2009, 03/31/2010, 06/30/2010, 09/30/2010 | 01/03/2012 |
| 941 | 12/31/2010, 03/31/2011 | 01/03/2012 |
| 941 | 12/31/2011 | 05/10/2012 |
| 940 | 12/31/2006, 12/31/2007, 12/31/2008, 12/31/2009, 12/31/2010, 12/31/2011, 12/31/2012 | 10/23/2012 |
| 941 | 03/31/2012 | 10/23/2012 |
| 941 | 06/30/2012 | 12/11/2012 |
| 6721 | 12/31/2011 | 11/04/2014 |
| 6721 | 12/31/2012 | 03/22/2016 |
| 941 | 06/30/2014, 12/31/2014, 03/31/2015, 06/30/2015, 09/30/2015, 12/31/2015, 03/31/2016 | 08/30/2016 |
| 940 | 12/31/2010, 12/31/2012 | 12/18/2018 |
| 941 | 03/31/2006, 06/30/2006, 12/31/2012, 03/31/2013 | 12/18/2018 |
| 6721 | 12/31/2010 | 02/20/2019 |

37.     The United States seeks to foreclose the federal tax liens described above through

Complaint
(Case No. )

19

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

sale of the Subject Property.

38.     The tax liens arising from the assessments described in Paragraphs 22 and 28 above have priority over all interests in the Subject Property acquired after the attachment of the tax liens, subject to the provisions of 26 U.S.C. § 6323(a). However, to the extent there is any unpaid amount owed to King County, to which 26 U.S.C. § 6323(b)(6) applies, on the date of the Subject Property's sale, such amount shall have priority over the United States' federal tax liens against the Subject Property.

39.     Under 26 U.S.C. § 7403(c) and 28 U.S.C. § 3201, the United States is entitled to enforce its federal tax liens against the Subject Property, which should be sold free and clear of all rights, titles, liens, claims, and interests of the parties to this action, with an appropriate portion of the net proceeds to be distributed to the United States for application toward the unpaid federal tax liabilities of William A. Tacker, Jr. and Jami L. Tacker in accordance with the law.

WHEREFORE, the Plaintiff, the United States, prays as follows:

A.     That this Court determine and adjudge that Defendants William A. Tacker, Jr. and Jami L. Tacker are indebted to the United States for the assessments described in Paragraph 22 above, in the amount of $148,778.08, as of August 19, 2019, less any subsequent payments or credits, plus interest and other statutory additions, as provided by law, and that judgment in that amount be entered against William A. Tacker, Jr. and Jami L. Tacker and in favor of the United States;

B.     That this Court determine and adjudge that Defendant William A. Tacker, Jr. is indebted to the United States for the assessments described in Paragraph 28, above, in the

Complaint
(Case No. )                                    20                    **U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

amount of $406,157.90, as of August 19, 2019, less any subsequent payments or credits, plus interest and other statutory additions, as provided by law, and that judgment in that amount be entered against William A. Tacker, Jr. and in favor of the United States;

C.     That this Court determine and adjudge that the United States has valid federal tax liens against all property and rights to property of William A. Tacker, Jr. and Jami L. Tacker, including, but not limited to, their interest in the Subject Property;

D.     That the federal tax liens against William A. Tacker, Jr. and Jami L. Tacker encumbering the Subject Property be foreclosed;

E.     That this Court determines the merits and priority of any claims or interests of the other named defendants in the Subject Property and their respective priority to a distribution of proceeds from a sale of the Subject Property;

F.     That the Subject Property be sold with the proceeds applied to the delinquent federal tax liabilities of William A. Tacker, Jr. and Jami L. Tacker; and

//

//

//

//

//

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

1   G.  That the United States be granted its costs and fees herein, and such other and

2 further relief as this Court deems just and proper.

3

4 Respectfully submitted this 15th day of August, 2019.

5          RICHARD E. ZUCKERMAN
           Principal Deputy Assistant Attorney General

6
           */s/Rika Valdman*

7          RIKA VALDMAN
           Trial Attorney, Tax Division

8          U.S. Department of Justice
           P.O. Box 683

9          Washington, D.C. 20044-0683
           Telephone: 202-514-6056

10          Fax: 202-307-0054
           rika.valdman@usdoj.gov

11          BRIAN T. MORAN

12          United States Attorney
           Western District of Washington

13          *Of Counsel*

           *Attorneys for the United States of America*

14

15

16

17

18

19

20

21

22

23

Complaint
(Case No. )        22       **U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | William A. Tacker, Jr., et al. |

| (b) County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant     King |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Rika Valdman, (202) 514-6056<br>U.S. Department of Justice, Tax Division<br>P.O. Box 683, Ben Franklin Station, Washington, D.C. 20044 | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. section 7401, 7403

Brief description of cause:
Reduce to judgment federal tax assessments and foreclose federal tax liens on real property

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 554,936.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 08/15/2019 | /s/ Rika Valdman |

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b)**   **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c)**   **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
   United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
   United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
   Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
   Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**   **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.**  Place an "X" in one of the seven boxes.
   Original Proceedings.  (1) Cases which originate in the United States district courts.
   Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
   Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
   Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
   Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
   Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
   Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.  **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
   Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
   Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ <br> *Plaintiff(s)* <br><br> v. <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| Plaintiff(s) | ) ) ) ) ) ) ) ) ) ) ) ) |
| v. | Civil Action No. |
| Defendant(s) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

<table>
<tr><td rowspan="6"></td><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
</table>

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td><em>Plaintiff(s)</em></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><em>Defendant(s)</em></td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ <br> *Plaintiff(s)* <br><br> v. <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| <br>_____<br>*Plaintiff(s)*<br>v.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

                                                                                          .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____<br>*Plaintiff(s)*</td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>_____<br>*Defendant(s)*</td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

<table>
<tr><td rowspan="11"></td><td>)</td><td rowspan="11"></td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
</table>

_____
*Plaintiff(s)*

v.                                   Civil Action No.

_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____          _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: