IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM A. TACKER, JR.; JAMI L. TACKER; AMERICAN GENERAL FINANCIAL SERVICES, INC.; PORTFOLIO RECOVERY ASSOCIATES, LLC; ACCOUNTS RECEIVABLE, INC.; EQUABLE ASCENT FINANCIAL, LLC; CACH, LLC; MIDLAND FUNDING, LLC; BENEFICIAL WASHINGTON, INC.; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2007-2; STATE OF WASHINGTON; and KING COUNTY,<br><br>　　　　Defendants. | Case No. 2:19-cv-01285-TSZ<br><br>**STIPULATION REGARDING PRIORITY AND ORDER** |

STIPULATION REGARDING PRIORITY AND ORDER
(Case No. 2:19-cv-01285-TSZ)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

The United States of America; Accounts Receivable, Inc.; the Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-2; and King County (collectively: "the parties"), by and through their respective undersigned counsel, agree and stipulate as follows:

1. On August 15, 2019, the United States commenced this action, seeking, *inter alia,* to reduce federal tax assessments against William A. Tacker and Jami L. Tacker to judgment, and foreclose federal tax liens on real property located in King County ("Subject Property").

2. The Subject Property is commonly referred to as 15303 216th Ave. NE, Woodinville, WA 98077 ("Subject Property"), and legally described as:

> Lot 4, King County Short Plat No. 277080, Recorded Under Recording No. 7706151091, in King County, Washington.
> Parcel No. 162606-9134-06

3. The United States' federal tax liens, which are identified in the United States' Complaint in the above-captioned matter, encumber the Subject Property. The first of these federal tax liens arose on August 17, 2009, and all of the tax liens have been recorded by the filing of the Notices of Federal Tax Liens with the King County Auditor, as follows:

|   | **Type of Tax** | **Recorded Against** | **Tax Period** | **Date of Recording** |
|---|---|---|---|---|
| 1 | 1040 | William A. Tacker, Jr. and Jami L. Tacker | 2008 Refile | 07/07/2010 03/26/2019 |
| 2 | 1040 | William A. Tacker, Jr. and Jami L. Tacker | 2009 | 08/26/2011 |
| 3 | 1040 | William A. Tacker, Jr. and Jami L. Tacker | 2010 | 01/03/2012 |
| 4 | 1040 | William A. Tacker, Jr. and Jami L. Tacker | 2011 | 07/11/2012 |

STIPULATION REGARDING PRIORITY AND ORDER
(Case No. 2:19-cv-01285-TSZ)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

| | | | | |
|---|---|---|---|---|
| | | | | Tacker |
| 5 | 1040 | William A. Tacker, Jr. and Jami L. Tacker | 2012 | 12/17/2013 |
| 6 | 1040 | William A. Tacker, Jr. and Jami L. Tacker | 2013, 2014, 2015 | 10/11/2016 |
| 7 | 941 | William Tacker, Intech Floor Services | 09/30/2006, 12/31/2006 | 08/26/2011 |
| 8 | 941 | William Tacker, Intech Floor Services | 03/31/2007, 06/30/2007, 09/30/2007, 12/31/2007, 03/31/2008, 06/30/2008, 09/30/2008, 12/31/2008, 03/31/2009, 06/30/2009, 09/30/2009, 12/31/2009, 03/31/2010, 06/30/2010, 09/30/2010 | 01/03/2012 |
| 9 | 941 | William Tacker, Intech Floor Services | 12/31/2010, 03/31/2011 | 01/03/2012 |
| 10 | 941 | William Tacker, Intech Floor Services | 12/31/2011 | 05/10/2012 |
| 11 | 940 | William Tacker, Intech Floor Services | 12/31/2006, 12/31/2007, 12/31/2008, 12/31/2009, 12/31/2010, 12/31/2011, 12/31/2012 | 10/23/2012 |
| 12 | 941 | William Tacker, Intech Floor Services | 03/31/2012 | 10/23/2012 |
| 13 | 941 | William Tacker, Intech Floor Services | 06/30/2012 | 12/11/2012 |
| 14 | 6721 | William Tacker, Intech Floor Services | 12/31/2011 | 11/04/2014 |
| 15 | 6721 | William Tacker, Intech Floor Services | 12/31/2012 | 03/22/2016 |
| 16 | 941 | William Tacker, Intech Floor Services | 06/30/2014, 12/31/2014, 03/31/2015, 06/30/2015, 09/30/2015, 12/31/2015, 03/31/2016 | 08/30/2016 |

STIPULATION REGARDING PRIORITY AND ORDER
(Case No. 2:19-cv-01285-TSZ)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

| 17 | 940 | William Tacker, Intech Floor Services | 12/31/2010, 12/31/2012 | 12/18/2018 |
| 18 | 941 | William Tacker, Intech Floor Services | 03/31/2006, 06/30/2006, 12/31/2012, 03/31/2013 | 12/18/2018 |
| 19 | 6721 | William Tacker, Intech Floor Services | 12/31/2010 | 02/20/2019 |

Dkt. No. 32, at ¶¶ 22, 28, 33-38.

4. The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-2 ("Bank of New York Mellon Trust") was named as a defendant in this matter pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property. Dkt. No. 32, at 16.

5. The Bank of New York Mellon Trust has an interest in the Subject Property by virtue of a Deed of Trust recorded with the King County Auditor on February 7, 2007. On or about December 21, 2006, William A. Tacker, Jr. and Jami L. Tacker, executed a Deed of Trust, and a Promissory Note borrowing $486,000 and encumbering the Subject Property. The Bank of New York Mellon Trust is the holder of the Promissory Note. The Deed of Trust was recorded in the King County Property Records on February 7, 2007 as #20070207000545. The loan was used to pay off a prior loan that William A. Tacker, Jr. and Jami L. Tacker obtained from Beneficial Washington, Inc.

6. Accounts Receivable, Inc. was named as a defendant in this matter pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property. Dkt. No. 32, at 10. Accounts Receivable Inc. has an interest in the Subject Property by virtue of a Judgment against Jami L. Tacker, in Case No. 12-2-19626-5-SEA in King County Superior Court. The Judgment

was recorded with the King County Auditor on June 20, 2012. The Judgment attached to Jami L. Tacker's interest in the Subject Property.

7. King County was named as a defendant in this matter pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property. Dkt. No. 32, at ¶ 18. King County's interest in the Subject Property is for any unpaid real property taxes.

8. The parties hereby stipulate and agree that in the event the Court orders the sale of the Subject Property, it will be sold free and clear of all the interests of the parties to this case. The proposed Order of Foreclosure and Judicial Sale submitted by the United States shall provide that the sale proceeds will be distributed as follows:

    a. First to the United States to the extent of its costs and expenses of the sale;

    b. Second, to the extent there is any unpaid amount owed to King County to which 26 U.S.C. § 6323(b)(6) applies, on the date of the sale of the Subject Property, such amount will be pro-rated through the date of the sale confirmation, and distributed to King County;

    c. Third, to the Bank of New York Mellon Trust, by virtue of its Deed of Trust, described in Paragraph 5, above;

    d. Fourth, to the United States by virtue of its Notices of Federal Tax Liens described in Paragraph 3, sections (1) – (3) and (7) – (10);

    e. Fifth, to Accounts Receivable, Inc., by virtue of its Judgment against Jami L. Tacker. The Judgment only attaches to Jami L. Tacker's interest in the Subject Property, and does not attach to any interest of William A. Tacker, Jr. in the Subject Property;

    f. Sixth, to the United States, by virtue of its Notices of Federal Tax Liens described in

STIPULATION REGARDING PRIORITY AND ORDER
(Case No. 2:19-cv-01285-TSZ)    5

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

Paragraph 3, sections (4) – (6) and (11) – (19).

9. If the affected parties cannot stipulate to the amounts of their liens, the parties shall file written briefs setting forth their positions and the Court shall determine the amounts of the liens.

10. The Parties agree to bear their own respective costs related to this litigation, including any possible attorney's fees.

Respectfully submitted on 5th day of March, 2020.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Rika Valdman*
RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: 202-514-6056
Fax: 202-307-0054
rika.valdman@usdoj.gov
*Attorneys for the United States of America*

*/s/ Brian K. Gerst*
BRIAN K. GERST
Gerst Law PLLC
4001 Main Street, Ste. 309
Vancouver, WA 98663
Telephone: 360-694-6919
Email: brian@gerstlaw.com
*Attorney for Accounts Receivable, Inc.*

*/s/ KC Lynne Hovda*
D. JEFFREY COURSER
Stoel Rives LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503-294-9828
Email: jeffrey.courser@stoel.com

KC LYNNE HOVDA
Stoel Rives (WA)
600 University St., Suite 3600
Seattle, WA 98101-3197
Telephone: 206-624-0900
Email: Kc.hovda@stoel.com
*Attorneys The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-2*

*/s/ Jennifer H. Atchison*
JENNIFER H. ATCHISON
King County Prosecuting Attorney's Office
(3rd Ave.), 516 3rd Ave.
W400 King County Courthouse
Seattle, WA 98104
Telephone: 206-296-9000
Email: Jennifer.atchison@kingcounty.gov
*Attorneys for King County*

STIPULATION REGARDING PRIORITY AND ORDER
(Case No. 2:19-cv-01285-TSZ)

6

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056

## ORDER

The foregoing Stipulation between the United States; Accounts Receivable, Inc.; the Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-2; and King County is APPROVED.

IT IS SO ORDERED.

DATED this 6th day of March 2020.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6056