UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM A. TACKER, JR., et al.,<br><br>Defendants. | C19-1285 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties' stipulated motion, docket no. 60, is GRANTED, and Daniel Frohlich and the law firm of Dickson Frohlich, PS are granted leave to withdraw as counsel of record for defendants William A. Tacker, Jr. and Jami L. Tacker, effective immediately.  The stipulation, docket no. 60, to permit John Sterbick to substitute as counsel of record for defendants William A. Tacker, Jr. and Jami L. Tacker is treated as a Notice of Appearance and the Clerk is DIRECTED to update the docket accordingly.

(2)     The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of September, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1