UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM A. TACKER, JR, et al.,<br><br>Defendants. | C19-1285 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Government's motion to compel discovery, docket no. 62, to which no response was filed, is GRANTED as follows. To the extent they have not already done so, defendants William A. Tacker, Jr. and Jami L. Tacker shall, within fourteen (14) days of the date of this Minute Order, provide responses to the Government's interrogatories and requests for production of documents. The Court declines to award attorney's fees in connection with the Government's motion, but defendants are warned that failure to comply with this Minute Order may result in severe sanctions, including entry of default judgment against them.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of November, 2020.

                                           William M. McCool
                                           Clerk

                                           s/Gail Glass
                                           Deputy Clerk

MINUTE ORDER - 1