IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM A. TACKER, JR.; JAMI L. TACKER; AMERICAN GENERAL FINANCIAL SERVICES, INC.; PORTFOLIO RECOVERY ASSOCIATES, LLC; ACCOUNTS RECEIVABLE, INC.; EQUABLE ASCENT FINANCIAL, LLC; CACH, LLC; MIDLAND FUNDING, LLC; BENEFICIAL WASHINGTON, INC.; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2007-2; STATE OF WASHINGTON; and KING COUNTY,<br><br>    Defendants. | Case No. 2:19-cv-01285-TSZ<br><br>**DEFAULT JUDGMENT AGAINST** (1) AMERICAN GENERAL FINANCIAL SERVICES, INC.; (2) PORTFOLIO RECOVERY ASSOCIATES, LLC; (3) EQUABLE ASCENT FINANCIAL, LLC; (4) CACH, LLC; (5) MIDLAND FUNDING, LLC; (6) BENEFICIAL WASHINGTON, INC.; (7) BANK OF AMERICA, N.A.; and (8) STATE OF WASHINGTON |

The United States of America's motion for default judgment, docket no. 67, is GRANTED, and default judgment is entered against: (1) American General Financial Services, Inc.; (2) Portfolio Recovery Associates, LLC; (3) Equable Ascent Financial, LLC; (4) CACH, LLC; (5) Midland Funding, LLC; (6) Beneficial Washington, Inc.; (7) Bank of America, N.A.; and (8) the State of Washington (collectively, "the Defaulting Defendants"). It is hereby

1

ORDERED and ADJUDGED that none of the Defaulting Defendants have any interest in the Subject Property, commonly referred to as 15303 216th Ave. NE, Woodinville, WA 98077, and legally described as:

> Lot 4, King County Short Plat No. 277080, Recorded Under Recording No. 7706151091, in King County, Washington. Parcel No. 162606-9134-06.

*See* Am. Compl. at ¶ 19 (docket. no. 32).

The Clerk is DIRECTED to send a copy of this Default Judgment to all counsel of record and to CLOSE this case.

IT IS SO ORDERED.

Dated this 6th day of January, 2021.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

Respectfully presented by:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/Rika Valdman*
Rika Valdman
Isaac M. Hoenig
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone:   202-514-6056 (Valdman)
             202-307-5968 (Hoenig)
Fax: 202-307-0054
rika.valdman@usdoj.gov
issac.m.hoenig@usdoj.gov
*Attorneys for the United States of America*