The Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>WILLIAM A. TACKER, JR.; JAMI L. TACKER; AMERICAN GENERAL FINANCIAL SERVICES, INC.; PORTFOLIO RECOVERY ASSOCIATES, LLC; ACCOUNTS RECEIVABLE, INC.; EQUABLE ASCENT FINANCIAL, LLC; CACH, LLC; MIDLAND FUNDING, LLC; BENEFICIAL WASHINGTON, INC.; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON AS TRUSTEE FOR CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2007-2; STATE OF WASHINGTON; and KING COUNTY,<br><br>                Defendants. | Case No. 2:19-cv-01285-TSZ<br><br>**AMENDED JUDGMENT** |

On December 9, 2020, the Court entered a partial judgment, docket no. 66, in favor of the United States of America and against defendants William A. Tacker, Jr. and Jami L. Tacker. On January 6, 2021, the Court entered default judgment, docket no. 68, in favor of the United States of America and against all other defendants. On April 5, 2021, the United States of America, William A. Tacker Jr., and Jami L. Tacker filed a Joint Motion to Amend Judgment, docket no. 69, indicating that on the table in Paragraph 3 of the partial judgment, docket no. 66, the taxable years for the § 6721 assessments were incorrectly identified as 2013–2015, and they should have been listed as 2010–2012. It is hereby ORDERED and ADJUDGED as follows:

1. Judgment is entered in favor of the United States of America and against William A. Tacker and Jami L. Tacker. Default judgment having already been entered with respect to all other claims and parties, this Amended Judgment constitutes a final judgment within the meaning of Federal Rule of Civil Procedure 58 as to all remaining claims and parties, and no certification pursuant to Federal Rule of Civil Procedure 54(b) is required.

2. William A. Tacker Jr., and Jami L. Tacker are jointly and severally indebted to the United States in the amount of $157,601.24, as of December 31, 2020, for federal income tax assessments (Forms 1040) for tax years 2008 through 2015. Interest shall continue to accrue on this amount as permitted under 26 U.S.C §§ 6601, 6621, 28 U.S.C § 1961(c)(1), as well as other statutory additions as provided by law from December 31, 2020, until paid.

3. William A. Tacker, Jr. is indebted to the United States in the amount of $430,550.04, as of December 31, 2020, for federal employment tax assessments, (Forms 941) federal unemployment tax assessments (Forms 940), and Penalties for Intentional Disregard

assessments pursuant to 26 U.S.C § 6721 for tax periods ending March 31, 2006 through March 31, 2016, as follows:

| Period | Type of Assessment | Amount due as of December 31, 2020 |
|---|---|---:|
| 200603 | 941 | $18,923.66 |
| 200606 | 941 | $19,054.45 |
| 200609 | 941 | $16,251.31 |
| 200612 | 941 | $21,805.44 |
| 200703 | 941 | $21,926.95 |
| 200706 | 941 | $21,101.51 |
| 200709 | 941 | $21,106.39 |
| 200712 | 941 | $25,509.46 |
| 200803 | 941 | $19,409.84 |
| 200806 | 941 | $19,367.46 |
| 200809 | 941 | $18,515.84 |
| 200812 | 941 | $11,864.84 |
| 200903 | 941 | $9,759.59 |
| 200906 | 941 | $12,720.81 |
| 200909 | 941 | $16,061.87 |
| 200912 | 941 | $9,614.99 |
| 201003 | 941 | $9,307.97 |
| 201006 | 941 | $6,986.09 |
| 201009 | 941 | $8,907.23 |
| 201012 | 941 | $4,259.00 |
| 201103 | 941 | $4,580.83 |
| 201112 | 941 | $5,763.29 |
| 201203 | 941 | $6,803.02 |
| 201206 | 941 | $3,283.85 |
| 201212 | 941 | $327.60 |
| 201303 | 941 | $1,791.24 |
| 201406 | 941 | $6,658.15 |
| 201412 | 941 | $8,556.23 |
| 201503 | 941 | $13,072.81 |
| 201506 | 941 | $11,471.28 |
| 201509 | 941 | $10,023.08 |
| 201512 | 941 | $6,432.90 |
| 201603 | 941 | $6,391.50 |
| 2006 | 940 | $436.08 |
| 2007 | 940 | $333.16 |
| 2008 | 940 | $344.14 |
| 2009 | 940 | $313.65 |
| 2010 | 940 | $615.60 |
| 2011 | 940 | $114.54 |

| Period | Type of Assessment | Amount due as of December 31, 2020 |
|---|---|---:|
| 2012 | 940 | $3,263.49 |
| 2010 | § 6721 | $8,314.48 |
| 2011 | § 6721 | $6,955.71 |
| 2012 | § 6721 | $12,248.71 |
| **Total** | | **$430,550.04** |

Interest shall continue to accrue on this amount as permitted under 26 U.S.C §§ 6601, 6621, 28 U.S.C § 1961(c)(1), as well as other statutory additions as provided by law from December 31, 2020, until paid.

4.     The United States holds valid federal tax liens against all property and rights to property belonging to William A. Tacker, Jr. and Jami L. Tacker, including, but not limited to, their rights to the Subject Property of this action, commonly referred to as 15303 216th Ave. NE, Woodinville, WA 98077 and legally described as:

> Lot 4, King County Short Plat No. 277080, Recorded Under Recording No. 7706151091, in King County, Washington.
> Parcel No. 162606-9134-06

("Subject Property").

5.     The United States is entitled to foreclose its federal tax liens against the Subject Property.

6.     In the event that William A. Tacker, Jr. and Jami L. Tacker fail to sell or refinance the Subject Property on or before June 1, 2021, the United States will be allowed to submit a Proposed Order of Foreclosure and Judicial Sale, consistent with this Order, and the Stipulation between the United States, Accounts Receivable, Inc., The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-2, and King County, which was approved by the Court on March 6, 2020. Dkt. No. 55.

7.     The parties shall bear their own respective costs related to this litigation including attorney's fees.

8. The Clerk is DIRECTED to send a copy of this Amended Judgment to all counsel of record.

IT IS SO ORDERED.

Dated this 7th day of April, 2021.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Respectfully submitted by,

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Rika Valdman*
Rika Valdman
Isaac M. Hoenig
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone:   202-514-6056 (Valdman)
             202-307-5968 (Hoenig)
Fax: 202-307-0054
rika.valdman@usdoj.gov
issac.m.hoenig@usdoj.gov
*Attorneys for the United States of America*

*/s/ John A. Sterbick*
John A. Sterbick
1010 South I Street
Tacoma, WA 98405
Telephone: 253-383-0140
Fax: 253-383-6352
jsterbick@sterbick.com
*Attorney for William A. Tacker, Jr. and Jami L. Tacker*